```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------X
SOTHEBY'S, INC.,

                    Plaintiff,
                                                    ORDER
         - against -
                                              24 Civ. 5081 (NRB)
CATHERINE ANNE BECK and JACK
DITKOFSKY as Executors and Trustees
of THE ESTATE OF MARIANNE JUDITH BECK,
                    Defendants.
---------------------------------------X
```
**NAOMI REICE BUCHWALD**
**UNITED STATES DISTRICT JUDGE**

It having been reported to this Court that the parties have reached a settlement in principle, it is

**ORDERED** that the above-captioned action be, and hereby is, dismissed without costs and without prejudice to restoring the action to this Court's calendar if the application to restore the action is made within 45 days.

DATED:   New York, New York
         February 12, 2025

                                   _____
                                      NAOMI REICE BUCHWALD
                                   UNITED STATES DISTRICT JUDGE